IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**GREGORY HARRIS**            **PLAINTIFF**

**V.**            **NO. 4:25-CV-16-DMB-JMV**

**NIDEC MOTOR CORPORATION**            **DEFENDANT**

**ORDER**

Because the October 30 minute entry indicates this case settled,[1] the pending motions [10][29] are **DENIED without prejudice**.[2]

**SO ORDERED**, this 18th day of February, 2026.

           **/s/Debra M. Brown**
           **UNITED STATES DISTRICT JUDGE**

---

[1] Doc. #33.

[2] The Court's review of the docket indicates the parties have not yet filed a Rule 41 stipulation of dismissal or a joint motion to dismiss this case. If the parties have completed consummation of the settlement, they should promptly do so. Even after the formal dismissal of this case, the Court still can address the admission by the plaintiff's counsel Jane A. Watson that she submitted the plaintiff's April 3 response with "inaccuracies in certain citations, resulting from unverified AI-generated research." Doc. #29 at 1; *see Billups v. Louisville Mun. Sch. Dist.*, No. 1:24-CV-74-SA-RP, 2025 WL 3691871, at *11 (N.D. Miss. Dec. 19. 2025) (sanctioning Jane A. Watson for "submitting a memorandum that contained fabricated case citations and misrepresentations of case holdings—all resulting from unverified artificial intelligence ('AI') usage.").